THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

July 20, 2021

**VIA CM/ECF**
Honorable Judge Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street - Courtroom: 18C
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2021

    Re: Vuppala v. NYCPF, Inc., d/b/a Pommes Frites, et al.
      Case 1:21-cv-01972-MKV

Dear Judge Vyskocil:

  The Initial Pretrial Conference in this matter is currently scheduled for July 28, 2021, in your Honor's Courtroom. Counsel for Defendant NYCPF, Inc. has appeared. Yet, at this time, Defendant 7 Mon LLC has not yet appeared, and Plaintiff states Defendant was properly served through the Secretary of State [D.E. 8].

  At this time, the parties are attempting to contact the non-responsive Defendant to have them tappear in this case. In order to allow the parties additional time for the non-appearing Defendant to appear, while affording time to engage in early settlement discussions, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

  Thank you for your attention to this first adjournment request.

By: /S/ B. Bradley Weitz    .
  B. Bradley Weitz, Esq.
  The Weitz Law Firm, P.A.
  Bank of America Building
  18305 Biscayne Blvd., Suite 214
  Aventura, Florida 33160
  Telephone: (305) 949-7777
  Facsimile: (305) 704-3877
  Email: bbw@weitzfirm.com
  Attorney for Plaintiff

By: /S/ Chiung-Hui Huang    .
  Chiung-Hui Huang, Esq.
  Neil Henrichsen, Esq.
  Henrichsen Siegel, PLLC
  225 Broadway Suite 1803
  New York, NY 10007
  Telephone: 646-378-4421
  Email: chuang@hslawyers.com
  Email: nhenrichsen@hslawyers.com
  Attorneys for NYCPF, Inc.

---

GRANTED. The Initial Pretrial Conference currently scheduled for July 28, 2021, is rescheduled to September 1, 2021, at 2:30 P.M. The conference will be held telephonically. To join the conference, dial 888-278-0296 and enter access code 5195844. The parties shall submit their joint status letter and proposed Case Management Plan and Scheduling Order on or before August 25, 2021. SO ORDERED.

Date: 7/21/2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge