USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KIRAN VUPPALA,

                Plaintiff,

-against-

NYCPF, INC., a New York corporation, d/b/a POMMES FRITES, and 7 MON LLC, a New York limited liability company,

                Defendants.

21-cv-01972 (MKV)

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

    The Court filed a 30-day order on October 14, 2021 discontinuing this case without costs to any party and without prejudice due to a docketing error. [ECF No. 20]. IT IS HEREBY ORDERED that the Order filed at ECF No. 20 is stricken and the Court requests that the case be reopened.

**SO ORDERED.**

Dated: New York, NY
       October 14, 2021

_____
**MARY KAY VYSKOCIL**
**United States District Judge**